# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 13-22393 |
|---|---|
| Thomas E Hill Jr | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2013.

2) The plan was confirmed on 08/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/24/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,200.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,200.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $50.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $50.40

Attorney fees paid and disclosed by debtor: $267.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Admerex Solutions | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Services | Unsecured | 2,266.90 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL IMAGING | Unsecured | 296.62 | 296.62 | 296.62 | 0.00 | 0.00 |
| ADVOCATE HEALTH CTR | Unsecured | 319.76 | NA | NA | 0.00 | 0.00 |
| Ailyn U Tan MD | Unsecured | 63.75 | NA | NA | 0.00 | 0.00 |
| Americredit | Unsecured | 8,913.47 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 115.83 | NA | NA | 0.00 | 0.00 |
| AUTOMOTIVE CREDIT CORP | Secured | 12,117.51 | 11,911.60 | 11,911.60 | 1,099.11 | 50.49 |
| Certified Services | Unsecured | 296.62 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 960.55 | 960.55 | 960.55 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 810.00 | 1,092.00 | 1,092.00 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Collection Services | Unsecured | 67.88 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Unsecured | 216.62 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 7,435.51 | 7,435.51 | 7,435.51 | 0.00 | 0.00 |
| Credit Managment | Unsecured | 739.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1,282.00 | 1,593.39 | 1,593.39 | 0.00 | 0.00 |
| Emergency Room Care, SC | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| EMP of Chicago | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| EMP of Chicago | Unsecured | 1,092.00 | NA | NA | 0.00 | 0.00 |
| ERS INC | Unsecured | 569.38 | NA | NA | 0.00 | 0.00 |
| Escallate | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Frontier Realty Group | Unsecured | NA | 3,820.00 | 3,820.00 | 0.00 | 0.00 |
| George Vlasis | Unsecured | 5,500.00 | 11,900.00 | 11,900.00 | 0.00 | 0.00 |
| Greentree & Associates | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 6,000.00 | 5,879.00 | 5,879.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 46.20 | 46.20 | 46.20 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 162.00 | 162.56 | 162.56 | 0.00 | 0.00 |
| Jcitron Law | Unsecured | 3,820.00 | NA | NA | 0.00 | 0.00 |
| Krenger Real Estate | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-22393   Doc 25   Filed 05/29/14   Entered 05/29/14 08:49:14   Desc Main
            Document      Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKESIDE RADIOLOGISTS SC | Unsecured | 45.00 | 45.00 | 45.00 | 0.00 | 0.00 |
| Law Office of Mitchell N. Kay | Unsecured | 208.60 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 396.49 | 396.49 | 0.00 | 0.00 |
| Malcolm S. Gerald & Associates Inc | Unsecured | 330.06 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Associates | Unsecured | 216.62 | NA | NA | 0.00 | 0.00 |
| Methodist Hospital of Chicago | Unsecured | 1,093.00 | NA | NA | 0.00 | 0.00 |
| MTI | Unsecured | 59.22 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency, Inc | Unsecured | 33.93 | NA | NA | 0.00 | 0.00 |
| Oakwood Shores | Unsecured | 4,498.25 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 753.95 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 928.33 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 1,253.80 | 1,253.80 | 0.00 | 0.00 |
| Progeressive Insurance | Unsecured | 720.27 | NA | NA | 0.00 | 0.00 |
| RCN | Unsecured | 907.36 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 226.43 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 5,395.67 | 5,395.67 | 5,395.67 | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 939.49 | 939.49 | 939.49 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 284.10 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 388.89 | NA | NA | 0.00 | 0.00 |
| The University of IL at Chicago | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| University of IL Medical Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| University Pathologists | Unsecured | 9.90 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 424.05 | NA | NA | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 166.02 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,911.60 | $1,099.11 | $50.49 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,911.60** | **$1,099.11** | **$50.49** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $162.56 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$162.56** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$41,053.72** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

Document    Page 4 of 4

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $50.40 |
| Disbursements to Creditors | $1,149.60 |
| **TOTAL DISBURSEMENTS** : | **$1,200.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/29/2014     By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**